THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON GLINSKI, Appellant. (Appeal No. 1.) [827 NYS2d 924]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered February 23, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Glinski* (37 AD3d 1188 [2007]). Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.